# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 29, 2024

Ms. Stephanie Garlock
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, DC 20552

Mr. Justin Michael Sandberg
Consumer Financial Protection Bureau
Office of General Counsel
1700 G Street, N.W.
Washington, DC 20552

    No. 24-10463    In re: Chamber of Commerce
                          USDC No. 4:24-CV-213

Dear Counsel:

This letter will serve to confirm that the court has requested a response to the Petitioners' petition for writ of mandamus be filed in this office on or before June 6, 2024.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Peter A. Conners, Deputy Clerk
                      504-310-7685

cc:
    Ms. Maria Monaghan
    Mr. Michael F. Murray
    Mr. Thomas Pinder
    Mr. Philip Avery Vickers