# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 29, 2024
Lyle W. Cayce
Clerk

No. 24-10463

In re Fort Worth Chamber of Commerce; Longview Chamber of Commerce; American Bankers Association; Consumer Bankers Association; Texas Association of Business; Chamber of Commerce for the United States of America,

*Petitioners.*

───────────────────────────────

Petition from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213

───────────────────────────────

UNPUBLISHED ORDER

Before Haynes, Willett, and Duncan, *Circuit Judges.*

Per Curiam:

　　IT IS ORDERED that the district court's transfer order is administratively STAYED until 5:00 p.m. on Tuesday, June 18, 2024.