# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 15, 2024
Lyle W. Cayce
Clerk

No. 24-10463

In re Chamber of Commerce of the United States of America; Fort Worth Chamber of Commerce; Longview Chamber of Commerce; American Bankers Association; Consumer Bankers Association; Texas Association of Business,

*Petitioners.*

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213

UNPUBLISHED ORDER

Before Haynes, Willett, and Duncan, *Circuit Judges*.
Per Curiam:

    IT IS ORDERED that Respondents' motion to issue the mandate forthwith is GRANTED.